AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Dylan Rhylei Cronin<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-mj-132 |

## AMENDED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Dylan Rhylei Cronin_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361- Destruction of Government Property
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 06/9/2022

Zia M. Faruqui
2022.06.09 19:08:13
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* JUNE 13, 2022, and the person was arrested on *(date)* DYLAN CRONIN JUNE 13, 2022
at *(city and state)* PUYALLUP, WA.

Date: 06/13/2022

*Arresting officer's signature*

LISSA GRUBER, SPECIAL AGENT
*Printed name and title*